## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 17, 2025

_____

N O T I C E

_____

No. 24-2069,  <u>Buchanan Minerals, LLC v. DOWCP</u>
              2023-0361 BLA

TO: Counsel

It appears that the joint appendix in this case contains references to information that should be redacted pursuant to Local Rule 25(c)(3)(C).

**Please file the corrected joint appendix by 03/24/2025. Corrected paper copies are not required.**

Kirsten Hancock, Deputy Clerk
804-916-2704